IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EILEEN JEANETTE RODRIGUEZ-VAZQUEZ,

    Plaintiff,

    v.                                    CIVIL NO. 97-2434 (RLA)

PUERTO RICO MANUFACTURING
EXTENSION, INC., et al.,

    Defendants.

**PARTIAL JUDGMENT
DISMISSING CLAIMS ASSERTED AGAINST PRIDCO
§ 1983 CLAIMS ASSERTED AGAINST PRIMEX AND THE
ECONOMIC DEVELOPMENT ADMINISTRATION
§ 1985 CLAIMS AND COBRA CLAIMS**

    The Court having dismissed the claims asserted against PRIDCO as well as various other claims asserted in the complaint through its Order issued on this date, it is hereby

    ORDERED AND ADJUDGED that the claims asserted against PRIDCO be and the same are hereby **DISMISSED.**

    It is further ORDERED AND ADJUDGED that the 42 U.S.C. § 1983 claims asserted against PRIMEX and the ECONOMIC DEVELOPMENT ADMINISTRATION be and the same are hereby **DISMISSED.**

    It is further ORDERED AND ADJUDGED that the 42 U.S.C. § 1985 claims asserted in the complaint be and the same are hereby **DISMISSED.**

AO 72
(Rev 8/82)

**CIVIL NO. 97-2434 (RLA)**                                                                 **Page 2**

---

It is further ORDERED AND ADJUDGED that the COBRA claims asserted in the complaint be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 9th day of September, 1999.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)