UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EILEEN JEANETTE RODRIGUEZ-VAZQUEZ

    v.    CIVIL NO. 97-2434 (RLA)

PUERTO RICO MANUFACTURING EXTENSION, INC.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/25/99    Docket # 62<br>[X] Plff.<br><br>Title: NOTICE OF APPEARANCE AND MOTION REQUESTING EXTENSION OF TIME TO ANSWER INTERROGATORIES AND REQUEST FOR ADMISSIONS | The appearance of HARRY ANDUZE-MONTAÑO, ESQ. on plaintiff's behalf is **NOTED**.<br><br>The request for additional time to respond to discovery is **DENIED WITHOUT PREJUDICE** for failure to certify compliance with Local Rule 311.11 |

October 27, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By:      #