IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EILEEN JEANETTE RODRIGUEZ-VAZQUEZ,

　　　Plaintiff,

　　　v.                                    CIVIL NO. 97-2434 (RLA)

PUERTO RICO MANUFACTURING
EXTENSION, INC., et al.,

　　　Defendants.

### ORDER SCHEDULING SETTLEMENT CONFERENCE

A Settlement Conference is hereby set for **February 1, 2000 at 2:30 p.m.** The parties shall contact the chambers of the undersigned to verify where the Conference will be held.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27th day of October, 1999.

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　RAYMOND L. ACOSTA
　　　　　　　　　　　　　　　　　　　　United States District Judge

Ctroom dpty