UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EILEEN JEANETTE RODRIGUEZ-VAZQUEZ

V.                              CIVIL NO.97-2434 (RLA)

PUERTO RICO MANUFACTURING EXTENSION, INC.

O R D E R

| MOTION | RULING |
| --- | --- |
| Date Filed: 10/26/99   Docket # 63<br><br>[X] Plff.<br><br>Title: MOTION REQUESTING EXTENSION OF TIME TO ANSWER FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND/OR OTHER TANGIBLE THINGS | **DENIED WITHOUT PREJUDICE** for failure to certify compliance with Local Rule 311.11 |
|  |  |

November 4, 1999            RAYMOND L. ACOSTA
        Date                  U.S. District Judge

Rec'd:        EOD:

By ___ # 66