IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 JAN 27 AM 11: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

EILEEN JEANETTE RODRIGUEZ-VAZQUEZ,

Plaintiff,

v.                                                CIVIL NO. 97-2434 (RLA)

PUERTO RICO MANUFACTURING
EXTENSION, INC., et al.,

Defendants.

### FINAL JUDGMENT

The Stipulation for Voluntary Dismissal with Prejudice, filed by the parties on January 25, 2000 (docket No. **68)** is **APPROVED**. Accordingly, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE** without the imposition of costs, interest, and/or attorney's fees.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26 day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)